NORMAN PECK
P.O. BOX 273
KOKOMO, IN 46903

CERTIFIED MAIL™



7009 1410 0001 0556 0294



1005          46204-1919

U.S. POSTAGE PAID
PM 1-Day
KOKOMO, IN
46901
DEC 12 18
AMOUNT
**$13.45**
R2305K138717-11

RECEIVED

DEC 1 8 2018

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

RETURN RECEIPT
REQUESTED





**PRIORITY**
★ **MAIL** ★

TRACKED
★★★
INSURED
★

**UNITED STATES POSTAL SERVICE**®

For Domestic and International Use          Label 107, May 2014

THE OFFICE OF THE CLERK
105 US COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204