IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION



Norman Peck,
    Plaintiff,

Case No. 1:18-cv-3989 RLY-TAB

v.

MOTION TO ALLOW ELECTRONIC FILINGS

REV-1 Solutions, LLC,
    Defendant

## MOTION TO ALLOW ELECTRONIC FILINGS

The plaintiff moves the COURT for allowance to file his future paperwork by electronic means. Fed. R. Civ. P. 5(d)(3). Peck seeks to access to the COURT's electronic case filing (ECF) system. He seeks the same eligibility, registration, and passwords that attorneys are allowed (Local Rule 5-3) as described more fully in today's COMPLAINT. Peck also seeks a copy of the "CM/ECF Policies and Procedures Manual" mentioned in Local Rule 5-1(c). Nothing in the court rules prohibits Peck from electronic filing. S.D. Ind. L.R. 5-3(g) explicitly allows such for unrepresented parties. [S.D. Ind. L.R. 5-2(a) permits *pro se* litigants from <u>not</u> filing electronically.]

_____
Norman Peck, Plaintiff
P.O. Box 273
Kokomo, Indiana 46903
Telephone number: None
Facsimile number: None
Email address: legal_stuff@use.startmail.com

12 DECEMBER 2018
Date