UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NORMAN PECK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18-cv-03989-RLY-TAB |
| | ) | |
| REV-1 SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY ON PLAINTIFF'S MOTION REQUESTING SERVICE OF PROCESS, AND MOTION FOR LEAVE TO FILE ELECTRONICALLY**

Plaintiff's Motion Requesting Service of Process (Filing No. 3) is **GRANTED**. Since Plaintiff is proceeding *in forma pauperis* under 28 U.S.C. § 1915, Rule 4(c)(3) requires the court to order service of the complaint for Plaintiff. *See* Fed. R. Civ. P. 4(c)(3). Accordingly, the clerk is designated pursuant to Rule 4(c)(3) to issue process to Rev-1 Solutions, LLC in the manner specified by Rule 4(d). Process shall consist of the complaint (Filing No. 1), applicable forms ((a)Notice of Lawsuit and Request for Waiver of Service and Summons and (b) Waiver of Service of Summons)), and this Order.

The forms shall be mailed to the registered agent of Rev-1 as shown by the online records of the Indiana Secretary of State[1]:

William Joseph Huff
Registered Agent
Rev-1 Solutions LLC
517 U.S. Highway 31 N.
Greenwood, IN 46142

---

[1] The court does not vouch for the accuracy of this information.  Plaintiff ultimately is responsible for providing accurate information (name and address) for service of process.

1

Lastly, Plaintiff's Motion for Leave to File Electronically (Filing No. 4) is **DENIED**. Plaintiff is not an attorney. *See* S.D. Ind. L.R. 5.3(D) (noting only attorneys may utilize the ECF system). Plaintiff is proceeding *in forma pauperis* and has not otherwise shown good cause to utilize the court's electronic filing system.

**SO ORDERED** this 8th day of April 2019.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Mail to:

Norman Peck
P.O. Box 273
Kokomo, Indiana 46903