IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

Norman Peck,
    Plaintiff,

v.

REV-1 Solutions, LLC,
    Defendant

Case No. 1:18-cv-03989 RLY TAB

## PLAINTIFF'S MOTION TO STRIKE

Plaintiff Peck today challenges the bases of the recently filed DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE and DEFENDANT'S BRIEF IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT. See PLAINTIFF'S CHALLENGE TO DEFENDANT'S MOTION TO DISMISS WITH PREJUDICE, filed today.

WHEREFORE, Peck moves the Court to strike Defendant's MOTION TO DISMISS and BRIEF IN SUPPORT from the court record.

Respectfully submitted,

_____
Norman Peck, Plaintiff
P.O. Box 273
Kokomo, Indiana 46903
Telephone number: None
Facsimile number: None
Email address: legal_stuff@use.startmail.com

_11 OCTOBER 2019_
Date

### Certificate of Service

I hereby certify that I delivered today PLAINTIFF'S MOTION TO STRIKE by filing it via USPS certified mail (#7018 3090 0001 5449 4306) addressed to the Office of the Clerk (105 U.S.

Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204) and via electronic mail[1] addressed to tina_doyle@insd.uscourts.gov, (*i.e.*, Tina Doyle, district judge Richard Young's courtroom deputy).

Furthermore, I certify that I delivered today PLAINTIFF'S MOTION TO STRIKE by serving it via first-class U.S. Mail addressed to: Nicholas Moline, 517 U.S. Highway 31 North, Greenwood, IN 46142.

_____
Norman Peck, Plaintiff
P.O. Box 273
Kokomo, Indiana 46903
Telephone number: None
Facsimile number: None
Email address: legal_stuff@use.startmail.com

11 OCTOBER 2019
Date

Enclosures:
- Additional copy of PLAINTIFF'S MOTION TO STRIKE so that Peck can receive this motion with the Court's electronic-document header information (*i.e.*, case number, document number, date of entry into the Court record, page number, and "PageID" number) displayed at the top of every page. Please return this additional copy to Peck in the enclosed self-addressed envelope, which is big enough and has enough postage. S.D. Ind. L.R. 5-10(b).
- Proposed ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE

---

[1] Re: The Court's 23 July 2019 ORDER ON PLAINTIFF'S MOTION FOR RECONSIDERATION OF DENIAL OF ACCESS TO ELECTRONIC FILING SYSTEM re: S.D. Ind. L.R. 5-3(g) ("A person not represented by an attorney may file electronically only if allowed by court order").