UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NORMAN PECK,<br><br>　Plaintiff,<br><br>v.<br><br>REV-1 SOLUTIONS, LLC,<br><br>　Defendants. | CIVIL ACTION<br><br>1-18-cv-03989-RLY-TAB |

**ANSWER TO COMPLAINT**

Defendant REV-1 Solutions, LLC ("REV-1"), and files its answer to Plaintiff's Complaint. Per order of this Court, Counts I, II, III, V, VI, VII, and VIII are now dismissed. *Dkt. 30,* pg. 2. Therefore, Defendant files its answer to Count IV, the only remaining count.

**COUNT IV**

Defendant denies that it had any role in the mailing of a letter to Plaintiff on October 13, 2018 with the letter head of "Community Health Network". *Dkt. 1,* pg. 8. REV-1 is located at 517 US Highway 31 N, Greenwood, IN 46142. There are several other companies located at this same address.

Defendant denies all allegations made in Plaintiff's Complaint section titled "Count IV – Violation of 15 USC §1692e(14)" *Dkt. 1,* pg. 15.

**AFFIRMATIVE DEFENSES**

Defendant REV-1 Solutions, LLC, by counsel, pursuant to Rule 8 of the Federal Rules of Civil Procedure, and subject to further investigation and discovery, asserts the following affirmative defenses in this matter.

1

1. To the extent, if any, that Defendant has violated the Fair Debt Collection Practices Act, such violation was the result of a bona fide error. The violation was not intentional and resulted from a bona fide error notwithstanding the maintenance of procedures reasonably adapted to avoid any such error. (15 U.S.C. § 1692k).

2. Plaintiff has failed to state a claim upon which relief can be granted.

WHEREFORE, Defendant prays that Plaintiff take nothing by way of his Complaint; for costs of this action and all other proper relief.

Respectfully Submitted,

/s/ *Nicholas Moline*
Nicholas Moline, IN Atty # 29711-49
Attorney for Defendant
REV-1 Solutions, LLC
517 U.S. Highway 31 North
Greenwood, IN  46142
(317) 883-5600
Nicholas.Moline@med1solutions.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy via USPS First Class Mail to:

Norman Peck
P.O. Box 273
Kokomo, IN 46903.

/s/ *Nicholas Moline*
Nicholas Moline, IN Atty # 29711-49
Attorney for Defendant