UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| NORMAN PECK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-03989-RLY-TAB |
| | ) | |
| REV-1 SOLUTIONS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON FEBRUARY 20, 2020, TELEPHONIC STATUS CONFERENCE**

Defendant's counsel appeared by counsel February 20, 2020, for a telephonic status conference. Plaintiff Norman Peck failed to appear as ordered. Plaintiff shall show cause by March 12, 2020, why sanctions should not issue for his failure to appear for the February 20 telephonic status conference.

The parties shall file witness and exhibit lists by March 30, 2020. All discovery shall be completed by April 30, 2020. Any dispositive motion shall be filed by June 1, 2020.

Dated:  2/27/2020

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

NORMAN PECK
P.O. Box 273
Kokomo, IN 46903