**Community Health Network**

(PERFINITI
INSURANCE

OCT 09 2018



B02431

NORMAN MARSHALL PECK
PO BOX 273
KOKOMO IN 46903-0273

Dear Patient,

As a valued healthcare consumer and patient of Community Health Network, we are honored to serve you and your family with *exceptional care, simply delivered.*

Community Health Network understands that finding affordable healthcare coverage can be challenging, but our network continues to find ways to always put the patient first. Community Health Network is pleased to announce a new partnership with Perfiniti Insurance. In partnering with Perfiniti Insurance, licensed and certified agents are now available to assist Medicare patients in determining the most comprehensive and cost-effective plan to meet the needs of individuals seeking high quality healthcare.

Our records indicate that you turned 65 on SEPTEMBER 29. This means your earliest Medicare effective date has passed and you have three months left of your Initial Enrollment Period. Please contact us to avoid gaps in coverage and possible late enrollment penalties.

*For more information on what's available for you, visit www.PerfinitiInsurance.com. You can also call 888-885-8361 on weekdays from 8:00 a.m. to 5:00 p.m. for assistance with enrollment and eligibility.*

Once again, thank you for being a valued customer.

Not affiliated with the U. S. government or federal Medicare program. Exclusions and limitations may apply. A licensed sales representative may contact you regarding this insurance-related information.

## EXHIBIT A

B06111804

 **Community** Health Network

 PERFINITI INSURANCE

## YOUR MEDICARE PLANNING CHECKLIST:

### 3 - 5 MONTHS BEFORE TURNING 65:
PREPARE & RESEARCH

☐ **Learn about Medicare** basics, including plan types and eligibility, by visiting www.PerfinitiInsurance.com or by calling 888.885.8361.

☐ **Start receiving our helpful emails and letters,** which will provide important dates, resources and steps to enroll when you are ready.

☐ **If you're switching from an employer-sponsored health care plan,** call us at 888.885.8361 to learn what you may need to do.

☐ **If you're collecting Social Security benefits,** you should be automatically enrolled in Medicare Parts A and B.

### 2 - 3 MONTHS BEFORE TURNING 65:
ENROLL

☐ **Set up a one-on-one meeting.** Call 888.885.8361 to get started.

☐ **Compare the benefits** and costs of the plans available in your area.

### ON OR AFTER YOUR BIRTHDAY: DON'T DELAY

Enrolling before your birthday month ensures you have a Medicare plan on the first day of the month you turn 65. Your Initial Enrollment Period (IEP) starts 3 months before the month you turn 65 and ends 3 months after.

Be sure to enroll during your initial enrollment period to avoid the late enrollment penalty. As soon as you're ready to enroll, we are here to help.

### Initial Enrollment Period

| Months before the month you turn 65 | Month you turn 65 | Months after the month you turn 65 |
|---|---|---|
| 1    2    3 | 65th | 1    2    3 |

Eligible to Enroll in Part A, B, C*, D*
Coverage begins first of the month you turn 65          Possible gaps in Medicare coverage

*Not affiliated with the U. S. government or federal Medicare program. Exclusions and limitations may apply. A licensed sales representative may contact you regarding this insurance related information.*

📍 **517 US HIGHWAY 31 N. GREENWOOD, IN 46142**

📞 **888.885.8361**

🌐 **www.PerfinitiInsurance.com**

EXHIBIT A

02 OF 03

 **Community**
**Health Network**

 PERFINITI
INSURANCE



# MEDICARE BASICS

Information and resources to help
you learn more about Medicare.



When it comes to Medicare, one size definitely does not fit all. What works for your neighbor may not be the best fit for you. Perfiniti Insurance is here to help you understand your needs, explain your choices and make Medicare as simple as possible to understand.

## GETTING STARTED

There's a lot to learn once you start exploring Medicare and the many options available. Here are some tips to help you get started with Medicare coverage.

- Call Perfiniti Insurance at 888.885.8361 to confirm your eligibility. If you're already collecting Social Security, you'll automatically be enrolled in Medicare Parts A and B when you turn 65.

- To learn whether you're eligible for financial help with the costs of Medicare including Extra Help and/or Medicare Savings Program, call us at 888.885.8361.

## MEDICARE CHOICES

After you enroll in Original Medicare (Parts A and B), there are two ways to get additional coverage since Original Medicare does not cover all medical expenses and does not cover prescription drugs.

**OPTION 1** ———— **OR** ———— **OPTION 2**

**Add one or both of the following to Original Medicare:**

**Choose a Medicare Advantage plan:**

| | |
|---|---|
| **Medicare Supplement Insurance**  Offered by private companies | **Medicare Advantage Plan**  Offered by private companies |
| **MED SUPP** Helps pay some of the out-of-pocket costs that come with Original Medicare | **PART C** Combines Part A (hospital insurance) and Part B (medical insurance) in one plan |
| **Medicare Part D Plan**  Offered by private companies | **PART D** Usually includes prescription drug coverage |
| **PART D** Helps pay for prescription drugs | ✚ May offer additional benefits not provided by Original Medicare |

EXHIBIT A

B07241801

03 OF 03