IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Norman Peck,<br>    Plaintiff,<br><br>    v.<br><br>REV-1 Solutions, LLC,<br>    Defendant | Case No. 1:18-cv-03989 |

**FILED**
4:38 pm, May 22, 2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## MOTION TO STRIKE

Plaintiff-movant Norman Peck comes before this district court today to file this MOTION TO STRIKE and accompanying proposed order and memorandum in support.

REV-1 did not vigorously defend itself when it defaulted on 8 June 2019 and lost its standing to file paperwork. Subsequent documents that REV-1 filed with the court using the ECF system, which should have been removed from the electronic record. REV-1's documents have served only to delay the outcome of this case and therefore are disfavored. *Heller v. Midwhey*, 883 F.2d 1286 (7th Cir.1989). Litigants, such as Peck, who have vigorously pursued their cases cannot be hindered by those who have not. *Johnson v. Gudmundsson*, 35 F.3d 1104, 1117 (7th Cir.1994).

WHEREFORE, Peck moves the district court to strike all of REV-1's filings from the public record.

Submitted,

_____
Norman Peck, Plaintiff
P.O. Box 273
Kokomo, Indiana 46903
Telephone / facsimile number: None
Email address: legal_stuff@use.startmail.com

19 MAY 2020
Date

## Certificate of Service

Peck certifies today's filing/serving of this MOTION TO STRIKE

- by certified U.S. Mail (#7019 1640 0002 3106 7861) to the Office of the Clerk, 105 U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204
- by first-class U.S. Mail to Nicholas Moline, 517 U.S. Highway 31 North, Greenwood, Indiana 46142

_____      19 MAY 2020
Norman Peck, Plaintiff            Date
P.O. Box 273
Kokomo, Indiana 46903
Telephone / facsimile number: None
Email address: legal_stuff@use.startmail.com

Enclosures:
- Additional copy of this MOTION TO STRIKE, for the district clerk to return to Peck in the enclosed self-addressed envelope, which is big enough and has enough postage. S.D. Ind. L.R. 5-10(b).
- Proposed order for this MOTION TO STRIKE.