UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NORMAN PECK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:18-cv-03989-RLY-TAB |
| | ) |
| REV-1 SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON PLAINTIFF'S MOTION TO STRIKE**

This matter is before the Court on Plaintiff Norman Peck's motion to strike, which asks the Court to strike all of Defendant Rev-1 Solutions, LLC ("Rev-1")'s filings from the public record. [Filing No. 60.] Peck claims Rev-1 defaulted and lost its standing to file paperwork by failing to respond to Plaintiff's April 8, 2019, "Notice of Lawsuit and Request to Waive Service of Summons" [Filing No. 8]. [Filing No. 61, at ECF p. 3.]. Rev-1 opposes the motion. [Filing No. 64.]

As Rev-1 noted in its response to Peck's motion, the April 8 "Notice of Lawsuit and Request to Waive Service of a Summons" [Filing No. 8] was not a summons or formal service pursuant to Fed. R. Civ. P. 4(c), 4(e), or 4(h), and Rev-1 was not required to respond to it. [Filing No. 64, at ECF p. 1.] The notice stated: "If you do not return the signed waiver within the time indicated, the court will direct that appropriate steps be taken to effect formal service in a manner authorized by the Federal Rules of Civil Procedure[.]" [Filing No. 8, at ECF p. 2.] On July 23, 2019, the Court entered an order directing service, which noted that Rev-1 had not waived formal service and directed the Clerk to issue the summons and complaint to Rev-1 by certified mail. [Filing No. 17.] The Court also issued a second "Notice of Lawsuit and Request

to Waive Service of a Summons" on that same day.  [Filing No. 18].  On August 6, 2019, Rev-1 timely responded to that notice and executed the waiver of service.  [Filing No. 19.]  Rev-1's attorney entered an appearance that same date.  [Filing No. 20.]  Rev-1 timely filed its responsive pleading to Plaintiff's complaint on September 20, 2019.  [Filing No. 25.]

     Rev-1 was under no obligation to respond to the first notice and request for waiver. Moreover, Rev-1 did not receive the summons and complaint until after July 23, 2019.  Thus, Rev-1's actions were proper and do not support a finding of default.  Accordingly, Peck's motion to strike [Filing No. 60] is denied.

Date: 6/10/2020

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email

NORMAN PECK
P.O. Box 273
Kokomo, IN 46903