# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NORMAN PECK,<br><br>  Plaintiff,<br><br>v.<br><br>REV-1 SOLUTIONS, LLC,<br><br>  Defendants. | CIVIL ACTION<br><br>1:18-cv-03989-RLY-TAB |

## MOTION TO STRIKE

REV-1 Solutions, LLC ("Defendant"), by counsel hereby moves the Court to strike the Plaintiff's Motion for Summary Judgment and Memorandum in Support of Plaintiff's Motion for Summary Judgment (*Dkt*. 76 & 77) filed as untimely.  In support of its response, Defendant states the following:

1. Pursuant to Magistrate Judge Baker's Order on February 20, 2020, Telephonic Status Conference, any dispositive motions were to be filed by June 1, 2020. *Dkt.* 40.

2. On August 04, 2020 Defendant filed its Motion for Summary Judgment and Memorandum in Support of Plaintiff's Motion for Summary Judgment. *Dkt. 76 & 77*.

3. Plaintiff's Motion for Summary Judgment was due by June 1, 2020.

4. The Plaintiff has failed to file a dispositive motion by June 1, 2020.

WHEREFORE, Plaintiff, by counsel, requests this Court strike Plaintiff's Motion for Summary Judgment and Memorandum in Support of Plaintiff's Motion for Summary Judgment, filed by the Defendant as untimely filed.

        Respectfully Submitted,

        /s/ *Nicholas Moline*
        Nicholas Moline, IN Atty # 29711-49
        Attorney for Defendant
        REV-1 Solutions, LLC
        517 U.S. Highway 31 North
        Greenwood, IN  46142
        (317) 883-5600
        Nicholas.Moline@med1solutions.com
        Nicolas.Moline@revonecompanies.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 05, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent a copy via USPS First Class Mail to:

Norman Peck
P.O. Box 273
Kokomo, IN 46903.

        /s/ *Nicholas Moline*
        Nicholas Moline, IN Atty # 29711-49
        Attorney for Defendant