IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Norman Peck,<br>Plaintiff,<br><br>v.<br><br>REV-1 Solutions, LLC.<br>Defendant | Case No. 1:18-cv-03989 |

### ORDER

Plaintiff-petitioner Norman Peck's PETITION FOR DECLARATORY JUDGMENT REGARDING THE CLARITY OF 28 USC § 636 is **GRANTED**.

**IT IS SO ORDERED.**

Date: _____

_____
Signature

Distribution:
Norman Peck
P.O. Box 273
Kokomo, IN 46903

Attorney for REV-1 Solutions
517 US Highway 31N
Greenwood, Indiana 46142-3932

L.R. 5-5(d) statement: Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system, without listing all such counsel. A service list including the name and postal address of any *pro se* litigant or non-registered attorney of record must follow, stating that service on the listed individuals will be made in the traditional paper manner, via first-class U.S. Mail to Norman Peck, P.O. Box 273, Kokomo, Indiana 46903.