IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Norman Peck,<br>　　　Plaintiff,<br><br>　v.<br><br>REV-1 Solutions, LLC,<br>　　　Defendant | Case No. 1:18-cv-03989 |

**FILED**
11/23/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

### INTENT TO APPEAL

Plaintiff Norman Peck today timely files this notice of his intent to appeal within 30 days from the date that Dkt.103 was entered. Dkt.103 at 2. See also Peck's Dkt.47 and Dkt.102.

Submitted,

_____          19 NOVEMBER 2020
Norman Peck, Plaintiff                Date

### Certificate of Service

Peck certifies today's filing/serving of this INTENT TO APPEAL by U.S. Postal Service

- certified mail (#7019 2970 0001 0760 0944) to the Office of the Clerk, 105 U.S. Courthouse, 46 East Ohio Street, Indianapolis, Indiana 46204
- by first-class mail to Nicholas Moline, 517 U.S. Highway 31 North, Greenwood, Indiana 46142

_____          19 NOVEMBER 2020
Norman Peck, Plaintiff                Date
P.O. Box 273
Kokomo, Indiana 46903
Telephone number: None
Facsimile number: None

Enclosures:

- Additional copy of INTENT TO APPEAL, for the district clerk to return to Peck in the enclosed self-addressed envelope, which is big enough and has enough postage. S.D. Ind. L.R. 5-10(b).
- Today's MOTION FOR RULE 52 FINDINGS AND CONCLUSIONS.